STATE of Missouri, Plaintiff/Respondent,

v.

James KOETTING, Movant/Appellant.

No. 62641.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 2, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 16, 1993.

Application to Transfer Denied
Jan. 25, 1994.

Dave Hemingway, St. Louis, for movant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Defendant appeals his conviction, by a jury, of second degree burglary, § 569.170, RSMo.1986, and stealing over $150.00, § 570.030, RSMo.1986. He was sentenced by the court as a prior and persistent offender to concurrent prison terms of five years. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished

with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).